Argued July 21, affirmed August 1, 1977

# HIGGINSON, *Petitioner,*
*v.*
# MOTOR VEHICLES DIVISION, *Respondent.*
(CA 7254)
567 P2d 557

R. Scott Taylor, Veneta, argued the cause for petitioner. With him on the brief was Taylor and Taylor, Veneta.

Al J. Laue, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

## PER CURIAM.

Petitioner appeals from an order of the Motor Vehicles Division administratively suspending his driver's license pursuant to ORS 482.450(1)(c) which provides:

"(1) The division immediately may suspend the license of any person without hearing and without receiving a record of the conviction of such person of crime, when the division has reason to believe that such person:

"(c) Is incompetent to drive a motor vehicle or is afflicted with mental or physical infirmities or disabilities rendering it unsafe for him to drive a motor vehicle upon the highways."[1]

Suffice it to say that there was ample evidence to support the Division's order.

Affirmed.

---

[1] No procedural issue is here raised.